1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  LAKSHMANA JONNALAGADDA, ET AL.,          CASE NO.  2:21-cv-01362-JAM-JDP

11                          Plaintiffs,      **STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME**

12              v.

13  ANTONY BLINKEN, ET AL.,

14                          Defendants.

15

16

17

18       The Defendants respectfully request a first extension of time in which to respond to the

19  Complaint, and counsel for Plaintiff does not oppose.  This case concerns Plaintiff's lawful permanent

20  residence applications for himself and his wife, which Plaintiff filed with U.S. Citizenship and

21  Immigration Services ("USCIS") in October 2020.  Counsel for Defendants is working with USCIS to

22  take further action in this matter, which is expected to render this lawsuit moot.

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                        1

1    The parties therefore stipulate that the new date for Defendants to file an answer or other

2  dispositive pleading is **June 16, 2023**.  The parties further request that all other filing deadlines be

3  similarly extended.

4

5  Respectfully submitted,

6

7   Dated:  April 14, 2023                                    PHILLIP A. TALBERT
                                                              United States Attorney
8

9                                                      By:  /s/ ELLIOT C. WONG
                                                           ELLIOT C. WONG
10                                                         Assistant United States Attorney

11

12                                                         /s/ JESSE M. BLESS
                                                           JESSE M. BLESS
13                                                         Counsel for Plaintiff

14

15                                         **ORDER**

16               IT IS SO ORDERED.

17
    Dated: April 17, 2023                        /s/ John A. Mendez
18                                               THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28
                                            2